**Order entered December 31, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01147-CV

**THE URBAN LEAGUE OF GREATER DALLAS AND NORTH CENTRAL TEXAS, INC., Appellant**

**V.**

**LARRY SHAWN D/B/A FIX MY PHONE BILL, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06156**

## ORDER

On November 16, 2018, we granted appellant an extension of time to pay for the appellate record and ordered appellant to file, no later than December 17, 2018, written verification it had paid or made arrangements to pay the clerk's and reporter's fees. To date, however, appellant has not complied. Accordingly, we **ORDER** appellant to file the requested verification no later than January 10, 2019. *We caution appellant that failure to provide written verification it has paid the reporter's fee may result in the appeal being submitted without the reporter's record and failure to provide verification it has paid the clerk's fee may result in dismissal of the appeal without further notice.* See Tex. R. App. P. 37.3(b),(c).

/s/     DAVID EVANS
        JUSTICE